1  Richard A. Clark
2  State Bar No. 39558
   (rclark@pmcos.com)
3  Steven R. Platt
   State Bar No. 245510
4  (splatt@pmcos.com)
5  PARKER, MILLIKEN, CLARK, O'HARA
   & SAMUELIAN, P.C.
6  555 S. Flower Street, 30th Floor
   Los Angeles, CA 90071
7  Telephone: (213) 683-6500
   Facsimile: (213) 683-6669
8
9  Joe G. Hollingsworth (appearance *pro hac vice*)
   (jhollingsworth@hollingsworthllp.com)
10 Katharine R. Latimer (appearance *pro hac vice*)
   (klatimer@hollingsworthllp.com)
11 Eric G. Lasker (appearance *pro hac vice*)
12 (elasker@hollingsworthllp.com)
   HOLLINGSWORTH LLP
13 1350 I Street, N.W.
   Washington, DC 20005
14 Telephone: (202) 898-5800
   Facsimile: (202) 682-1639
15
16 Attorneys for Defendant
   MONSANTO COMPANY
17
                    UNITED STATES DISTRICT COURT
18
                   CENTRAL DISTRICT OF CALIFORNIA
19

| 20 | INES HERNANDEZ and MARIA HERNANDEZ, | Case No.: 2:16-cv-01988-DMG(Ex) |
|---|---|---|
| 21 | | **MONSANTO COMPANY'S NOTICE OF WITHDRAWAL OF MOTION TO STAY DISCOVERY** |
| 22 | Plaintiffs, | |
| 23 | v. | Hearing Date: June 17, 2016 |
| 24 | MONSANTO COMPANY, | Time: 9:30 A.M. |
| 25 | Defendant. | Judge: Hon. Dolly M. Gee |
| | | Courtroom: 7 |

26
27
28

---

MONSANTO'S NOTICE OF WITHDRAWAL OF MOTION TO STAY
2:16-CV-01988-DMG (Ex)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that defendant Monsanto Company ("Monsanto") hereby withdraws its Motion to Stay Discovery, filed April 26, 2016 (ECF No. 22). Monsanto filed its Motion to Stay in this case prior to this Court's order in *McCall v. Monsanto Co.*, No. 2:16-cv-01609-DMG-E, ECF No. 35 (C.D. Cal. Apr. 29, 2016). The *McCall* Order clarified that under its standing procedures, this Court does not issue an order setting a scheduling conference until after the defendant files an answer and the pleadings are at issue. The *McCall* Order further clarified that until the Court issues such an order, the parties are not required to participate in a Rule 26(f) conference.

In light of this clarification of the Court's procedures and the fact that the Court has issued no such order setting a scheduling conference in this case, Monsanto withdraws its Motion to Stay Discovery as moot.

DATED: June 3, 2016

Richard A. Clark
State Bar No. 39558
(rclark@pmcos.com)
Steven R. Platt
State Bar No. 245510
(splatt@pmcos.com)
PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN, P.C.
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6500
Facsimile: (213) 683-6669

Respectfully submitted,

/s/Joe G. Hollingsworth
Joe G. Hollingsworth (appearance *pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Katharine R. Latimer (appearance *pro hac vice*)
(klatimer@hollingsworthllp.com)
Eric G. Lasker (appearance *pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

Attorneys for Defendant
MONSANTO COMPANY